IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT : <br> OF CHRISTOPHER COLUMBUS, LLC : <br> (t/a BEN FRANKLIN YACHT), AS : <br> OWNER OF THE VESSEL BEN : <br> FRANKLIN YACHT FOR : <br> EXONERATION FROM OR LIMITATION : <br> OF LIABILITY : | CIVIL ACTION NO. 14-214 |

# ORDER

**AND NOW**, this 30th day of March, 2016, the court having *sua sponte* raised an issue with subject-matter jurisdiction (Doc. No. 92); and after reviewing the parties' submissions on this issue (Doc. Nos. 94-95, 97); and after reviewing the record developed through summary judgment motion practice; and after hearing argument from the parties on March 9, 2016; accordingly, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction;

2. All outstanding motions (Doc. Nos. 61, 67) are **DENIED AS MOOT**;

3. Insofar as the court has stayed various state court actions involving the dispute underlying this limitation proceeding, those stays are **LIFTED**; and

4. The clerk of court is **DIRECTED** to mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.